IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Hill, Lawanda L

Printed: 11/6/07

Case Number: 07 B 10637
Judge: Goldgar, A. Benjamin
Filed: 6/14/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 25, 2007
Confirmed:   None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 498.72 |  |
| Secured: |  | 471.79 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 26.93 |
| Other Funds: |  | 0.00 |
| Totals: | 498.72 | 498.72 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Capital One Auto Finance | Secured | 16,845.66 | 471.79 |
| 2. | Devon Financial Services Inc | Priority | 256.57 | 0.00 |
| 3. | Nationwide Acceptance Corp | Unsecured | 1,043.97 | 0.00 |
| 4. | Capital One Auto Finance | Unsecured | 3,097.10 | 0.00 |
| 5. | City Of Chicago Dept Of Revenue | Unsecured | 1,160.00 | 0.00 |
| 6. | America's Financial Choice Inc | Unsecured | 529.26 | 0.00 |
| 7. | Jessica London | Unsecured | 458.26 | 0.00 |
| 8. | Sprint Nextel | Unsecured | 300.09 | 0.00 |
| 9. | Surety Finance | Unsecured | 303.00 | 0.00 |
| 10. | Columbus Bank & Trust | Unsecured | 474.21 | 0.00 |
| 11. | Citibank | Unsecured |  | No Claim Filed |
| 12. | Kosmo Financial | Unsecured |  | No Claim Filed |
| 13. | Verizon Wireless | Unsecured |  | No Claim Filed |
| 14. | AT&T | Unsecured |  | No Claim Filed |
| 15. | Check Systems | Unsecured |  | No Claim Filed |
| 16. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 17. | Great Lakes Finance | Unsecured |  | No Claim Filed |
| 18. | Payday Loan | Unsecured |  | No Claim Filed |
| 19. | First Premier | Unsecured |  | No Claim Filed |
| 20. | Sallie Mae | Unsecured |  | No Claim Filed |
| 21. | Instant Cash Advance | Unsecured |  | No Claim Filed |
| 22. | A VA Daniance Adlier | Unsecured |  | No Claim Filed |
|  |  |  | $ 24,468.12 | $ 471.79 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Hill, Lawanda L | Case Number: 07 B 10637 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 11/6/07 | Filed: 6/14/07 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 26.93 |
| | _____ |
| | $ 26.93 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_